UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOUAN J. JACKSON,

                Plaintiff,

      -against-

DESTINY'S CHILD, et al.,

                Defendants.

23-CV-10507 (LTS)

ORDER DIRECTING ORIGINAL SIGNATURE

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. Plaintiff submitted the Second Amended Complaint without a signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

    Plaintiff is directed to resubmit the signature page of the Second Amended Complaint with an original signature to the Court within thirty days of the date of this order. A copy of the signature page is attached to this order.

    No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 28, 2024
         New York, New York

                                                        /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                  Chief United States District Judge

Exhibit H: Kelly Rowland Feb 19, 2021 "Flowers" Admission of Guilt
[ In this record we observe the continued pattern of behavior juxtaposed line for line mirroring and borrowing elements and themes from "Assumptions Day"...].

Exhibit I: "America Has a Problem" Released: May 19, 2023
[Table of Instances: Comparison of "Assumptions Day " (1997) and "AMERICA HAS A PROBLEM" Detailed Statement and conclusion. (This exhibit is important and should have been in the body of the Second Amended Complaint).].

Exhibit L:Witness Testimony of Jason Mark Roehrig
[ In this Exhibit Jason Mark Roehrig testimony witnessing Plaintiff during the initial discovery process in and around the release of OpenAI ChatGPT.].

Exhibit M: Color Coded Comparison Before Chat GPT release
[This Exhibit displays the immediate actions by the Plaintiff in the discovery process after discovering the possibilities of infringement by Destiny's Child.].

Exhibit X: US Copyright Registration & Song Lyrics
[This Exhibit holds the copy of the US Copyright Registration in regards to the Plaintiffs works and Song lyrics. The Plaintiff has engaged with the U.S. Copyright Office to have a copy of the deposits made available for the court to verify the copyrights under Photo Finish Song Collection: "Assumptions Day", "Made A Champion", "That A Be Cool", & Niche' J. Dime".].

VIII. SIGNATURE


Plaintiff, Pro Se

March 4, 2024

910 Riverside Drive
New York, NY 10032

jouan.jackson@yahoo.com