UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOUAN JACKSON,<br><br>                              Plaintiff,<br><br>-against-<br><br>DESTINY'S CHILD; BEYONCÉ GISELLE KNOWLES-CARTER; KELLY ROWLAND; RODNEY JERKINS; FRED JERKINS III; VINCENT HERBERT; LATAVIA ROBERSON; LETOYA LUCKETT, BEYONCÉ PUBLISHING, INC.; PARKWOOD ENTERTAINMENT, LLC; SONY MUSIC ENTERTAINMENT, COLUMBIA RECORDS; ESTATE OF LASHAWN DANIELS (DECEASED),<br><br>                              Defendants. | 23cv10507 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 11, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 11, 2024
         New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge